IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO.: 4:07cr77SPM

ROBINSON MARTINEZ DASA,

     Defendant.
_____/

## ORDER FOR REASSIGNMENT

Pending before the Court is the Government's Notice of Pendency of Other or Prior Similar Actions and Request to Transfer (doc. 12).  The Government explains that Defendant is already charged in Case Number 4:07cr56-RH, which is assigned to Chief United States District Judge Robert Hinkle.  The Government requests that this case be transferred to Chief Judge Hinkle.  Defendant does not oppose.  Accordingly, it is

ORDERED AND ADJUDGED that the Government's request to transfer (doc. 12) is granted.  The clerk of court shall reassign this case to Chief Judge Hinkle.

DONE AND ORDERED this 7th day of January, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge